UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/22/07
```

DB STRUCTURED PRODUCTS, INC.

    Plaintiff,

-against-

ACT LENDING CORPORATION

    Defendant.

ECF CASE

07 Civ. 4117 (DLC)

**ORDER TO SHOW CAUSE**

Date: September 14, 2007

Time: 12:00 p.m.

    Having read the Affidavit of John P. Doherty, dated August 22, 2007; a copy of the Complaint; a copy of the Affidavit of Service of the Summons and Complaint, dated June 5, 2007; and the Certificate of Default entered by the Clerk of the Court on August 16, 2007:

    **IT IS ORDERED**, that Defendant ACT Lending Corporation appear before Judge Denise L. Cote in Courtroom 11B of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl St., New York, NY 10007 at the above date and time to show cause why a default judgment should not be issued, and why the Court should not proceed to an inquest, if necessary, to determine the amount of damages; and it is further

    **ORDERED**, that a copy of (i) this Order; (ii) Summons; (iii) Complaint; (iv) Affidavit of Service of the Summons and Complaint; (v) the proposed Default Judgment; (vi) Certificate from the Clerk of the Court; and (vii) a copy of the Affidavit of John P. Doherty shall be served on ACT Lending Corporation by overnight courier to the office of Defendant's registered agent,

Adam Klauber, Esq., 8751 W. Broward Blvd., #410, Plantation, FL 33324 no later than August 25, 2007, and proof of service complying with this Order shall be filed on or before the return date.

Date: August 22, 2007

_____
United States District Judge