UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

DB STRUCTURED PRODUCTS, INC.,

                Plaintiff,

-v-

ACT LENDING CORPORATION,

                Defendant.

-----------------------------------------------------------------X

07 CIV. 4117 (DLC) (KNF)*

~~AMENDED~~ ORDER OF REFERENCE TO A MAGISTRATE JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/23/07

DENISE COTE, District Judge:

    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

\_\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

\_\_\_ Specific Non-Dispositive Motion/Dispute*

_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

 X  Settlement*

\_\_\_ Inquest After Default/Damages Hearing

\_\_\_ Consent under 28 U.S.C. Section 636(c) for all purposes (including trial)

\_\_\_ Consent under 28 U.S.C. Section 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction

Purpose: _____

\_\_\_ Habeas Corpus

\_\_\_ Social Security

\_\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion: _____

_____

\*  Do not check if already referred for general pretrial.

**SO ORDERED**:

DATED:   New York, New York
              August 22, 2007

                                                  /s/ Denise Cote
                                                  DENISE COTE
                                           United States District Judge