UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
DB STRUCTURED PRODUCTS, INC.,                  :

            Plaintiff,                            :

           -against-                            :
                                                 **ORDER**
MORTGAGE CORP. OF AMERICA, INC.,      :      07 Civ. 4106 (DLC)(KNF)
d/b/a/ ZONE FUNDING,
                                                                    :
           Defendant.
-------------------------------------------------------------- :
DB STRUCTURED PRODUCTS, INC.,                  :

            Plaintiff,                            :

           -against-                            :
                                                                    :      07 Civ. 4109 (DLC)(KNF)
BALTIMORE AMERICA MORTGAGE CORP.,
INC.,                                                            :

           Defendant.                         :
---------------------------------------------------------------
DB STRUCTURED PRODUCTS, INC.,                  :

            Plaintiff,                            :

           -against-                            :
                                                                    :      07 Civ. 4115 (DLC)(KNF)
FIRST CAPITAL MORTGAGE CORP.,          :

           Defendant.                         :
---------------------------------------------------------------

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED 09/26/07

```
-----------------------------------------------------------
DB STRUCTURED PRODUCTS, INC.,            :

                Plaintiff,                :

         -against-                        :
                                                              07 Civ. 4116 (DLC)(KNF)
PRAJNA GROUP, INC. d/b/a LIBERTY          :
MORTGAGE FUNDING,
                                          :
                Defendant.
--------------------------------------------- :
DB STRUCTURED PRODUCTS, INC.,             :

                Plaintiff,                :

         -against-                        :
                                                              07 Civ. 4117 (DLC)(KNF)
ACT LENDING CORP.,                        :

                Defendant.                :
-----------------------------------------------------------
DB STRUCTURED PRODUCTS, INC.,             :

                Plaintiff,                :

         -against-                        :
                                                              07 Civ. 4118 (DLC)(KNF)
COMMONSENSE MORTGAGE CORP., INC.,         :

                Defendant.                :
-----------------------------------------------------------
DB STRUCTURED PRODUCTS, INC.,             :

                Plaintiff,                :

         -against-                        :
                                                              07 Civ. 4119 (DLC)(KNF)
LENDER, LTD.,                             :
                Defendant.                :
-----------------------------------------------------------
```

```
------------------------------------------------------------
DB STRUCTURED PRODUCTS, INC.,              :

                  Plaintiff,               :

          -against-                        :
                                                07 Civ. 4120 (DLC)(KNF)
MARIBELLA MORTGAGE, LLC,                   :

                  Defendant.               :
------------------------------------------------------------
DB STRUCTURED PRODUCTS, INC.,              :

                  Plaintiff,               :

          -against-                        :
                                                07 Civ. 4121 (DLC)(KNF)
LANCASTER MORTGAGE BANKERS, LLC,           :

                  Defendant.               :
------------------------------------------------------------
DB STRUCTURED PRODUCTS, INC.,              :

                  Plaintiff,               :

          -against-                        :
                                                07 Civ. 4122 (DLC)(KNF)
GREAT NORTHERN FINANCIAL GROUP,            :
INC.,
                  Defendant.               :
------------------------------------------------------------
DB STRUCTURED PRODUCTS, INC.,              :

                  Plaintiff,               :

          -against-                        :
                                                07 Civ. 4123 (DLC)(KNF)
INVESTAID CORPORATION,                     :

                  Defendant.               :
------------------------------------------------------------
```

```
------------------------------------------------------
DB STRUCTURED PRODUCTS, INC.,            :

                  Plaintiff,             :

          -against-                      :
                                                    07 Civ. 4124 (DLC)(KNF)
CAMERON FINANCIAL GROUP, INC.            :

                  Defendant.             :
------------------------------------------------------
DB STRUCTURED PRODUCTS, INC.,            :

                  Plaintiff,             :

          -against-                      :
                                                    07 Civ. 4125 (DLC)(KNF)
TRANSNATIONAL FIN. NETWORK, INC.,        :

                  Defendant.             :
------------------------------------------------------
DB STRUCTURED PRODUCTS, INC.,            :

                  Plaintiff,             :

          -against-                      :
                                                    07 Civ. 4126 (DLC)(KNF)
BAYROCK MORTGAGE CORPORATION,            :

                  Defendant.             :
------------------------------------------------------ X
```

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

IT IS HEREBY ORDERED that:

(1)  settlement conferences shall be held in courtroom 20A, 500 Pearl Street, New York, New York, with the plaintiff, and the following defendants, on the dates identified below:

-4-

    A. First Capital Mortgage Corp.
       November 12, 2007, at 10:30 a.m.,

    B. Bayrock Mortgage Corp.
       November 12, 2007, at 2:30 p.m.,

    C. Baltimore America Mortgage Corp.
       November 13, 2007, at 10:30 a.m.,

    D. Lender Ltd.
       November 13, 2007, at 2:30 p.m.,

    E. Cameron Financial Group, Inc.
       November 15, 2007, at 10:30 a.m.,

    F. Prajna Group, Inc.
       (d/b/a Liberty Mortgage Funding)
       November 15, 2007, at 3:00 p.m.,

    G. Transnational Financial Network, Inc.
       December 4, 2007, at 2:30 p.m.,

    H. Great Northern Financial Group, Inc.
       December 5, 2007, at 10:30 a.m.,

    I. Maribella Mortgage, LLC
       February 4, 2008, at 10:30 a.m.,

    J. Lancaster Mortgage Bankers, LLC
       February 5, 2008, at 10:30 a.m.; and

(2)    the parties shall review the Settlement Procedures under which the conferences will be conducted, in particular the attendance and pre-conference submission requirements specified in paragraphs three and six of the Procedures. The Settlement Procedures may be accessed on the Court's website at:

http://www1.nysd.uscourts.gov/judge_info.php?id=63; and

(3)    at least ten days prior to the respective settlement conference dates, the appropriate parties shall confer, in person or by telephone, to engage in good-faith settlement negotiations. Should any of the above-noted parties resolve their litigation prior to the settlement conference, those parties shall notify the undersigned, in writing, expeditiously.

Dated: New York, New York
       September 26, 2007

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE